1  Robert J. Cassity
   Nevada Bar No. 9779
2  Erica C. Medley
   Nevada Bar No. 13959
3  **HOLLAND & HART LLP**
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, NV 89134
   Phone: 702.669.4600
5  Fax: 702.669.4650
   bcassity@hollandhart.com
6  ecmedley@hollandhart.com

7  Matthew J. Mertens (*Pro Hac Vice forthcoming*)
   **PERKINS COIE LLP**
8  1120 N.W. Couch Street Tenth Floor
   Portland, OR 97209-4128
9  Phone: 503.727.2199
   Fax 503.346.2199
10  MMertens@perkinscoie.com

11  David A. Perez (*Pro Hac Vice forthcoming*)
    **PERKINS COIE LLP**
12  1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
13  Phone: 206.359.6767
    Fax: 206.359.7767
14  DPerez@perkinscoie.com

15  *Attorneys for Defendants*
    *Jeff Moss and DEF CON Communications, Inc.*

16

**UNITED STATES DISTRICT COURT**

17

**DISTRICT OF NEVADA**

18

19  CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,

Case No.:
District Court No.: A-23-875618-C

20

Plaintiffs,

**DEFENDANTS JEFF MOSS AND DEF CON COMMUNICATIONS, INC.'S NOTICE OF REMOVAL**

21

22  v.

23  JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE

24  ENTITIES 1-10, inclusive,

25  Defendants.

26      Defendants Jeff Moss and Def Con Communications, Inc. ("Defendants"), by and

27  through their counsel of record, file this Notice of Removal pursuant to and 28 U.S.C. §§ 1332,

28  1441, and 1446 to effect the removal of the above-captioned action, which was commenced in

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

1   the Eighth Judicial District Court of the State of Nevada in and for the County of Clark, and

2   states that the removal is proper for the reasons stated below.

### BACKGROUND

4   1.   On August 9, 2023, Plaintiffs Christopher J. Hadnagy and Social-Engineer, LLC

5   ("Plaintiffs") filed a Complaint in the Eighth Judicial District Court of the State of Nevada in

6   and for the County of Clark, Case No. A-23-875618-C, titled "*Christopher J. Hadnagy et al. v.*

7   *Jeff Moss et al.*" (the "Action").  The allegations of the Complaint in the Action are incorporated

8   by reference in this Notice of Removal without necessarily admitting any of them. A true and

9   correct copy of the Complaint is attached as **Exhibit A**.

10   2.   The Complaint asserts seven causes of action: (1) Defamation, (2) Business

11   Disparagement, (3) Intentional Interference with Contractual Relations, (4) Intentional

12   Interference with Prospective Economic Advantage, (5) Unjust Enrichment, and (6) Quantum

13   Meruit, (7) Injunctive Relief.

14   3.   As explained below, the United States District Court for the District of Nevada

15   has jurisdiction over this action under 28 U.S.C. § 1332(a) because there is diversity of

16   citizenship between Plaintiffs and each of the Defendants, and the amount in controversy exceeds

17   $75,000.

### DIVERSITY OF CITIZENSHIP

19   4.   Plaintiffs' Citizenship. Per the allegations of the Complaint, Plaintiff Christopher

20   Hadnagy is a citizen of the State of Florida, and Plaintiff Social-Engineer, LLC is a Pennsylvania

21   limited liability company, having its principal place of business in the State of Pennsylvania.

22   Compl. ¶¶ 13–14.  A limited liability company is deemed a citizen of every state of which its

23   members are citizens.  *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th

24   Cir. 2006). Information regarding the citizenship of Plaintiff Social-Engineer, LLC's member(s)

25   is not publicly available. Defendants accordingly state that on information and belief, none of

26   Plaintiff Social-Engineer, LLC's member(s) is a citizen of Washington. *See Carolina Cas. Ins.*

27   *Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1087 (9th Cir. 2014) (appropriate to simply allege on

28

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

2

1  information and belief that an LLC's members are "diverse to" a defendant when the LLC's

2  membership is not publicly available).

3       5.      <u>Defendants' Citizenship.</u> Defendant Jeff Moss is a citizen of the State of

4  Washington.  Compl. ¶ 16; *see also Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir.

5  2001).  Defendant Def Con Communications, Inc. is a corporation[1] organized under the laws of

6  the State of Washington, having its principal place of business in the State of Washington.  A

7  corporation's citizenship includes the state of its principal place of business and the state of

8  incorporation.  *Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010).  Accordingly, Defendants are

9  citizens of Washington.  As such, no Defendant is a citizen of any state or territory in which

10  Plaintiffs are a citizen.

11       6.      <u>Doe and Roe Defendants' Citizenship.</u> The citizenship of fictitious defendants is

12  disregarded for purposes of establishing removal jurisdiction under 28 U.S.C. § 1332.  *See* 28

13  U.S.C. § 1441(a); *see also Bryant v. Ford Motor Co.,* 886 F.2d 1526 (9th Cir. 1989), *cert. denied*,

14  493 U.S. 1076 (1990).

## AMOUNT IN CONTROVERSY

16       7.      In considering the amount in controversy, what matters is the amount put in

17  controversy by a plaintiff's complaint, not what amount the defendant will actually owe (if

18  anything).  "[T]he amount in controversy is simply an estimate of the total amount in dispute,

19  not a prospective assessment of defendant's liability." *Lewis v. Verizon Commc'ns, Inc.*, 627

20  F.3d 395, 400 (9th Cir. 2010).

21       8.      On the face of the Complaint, Plaintiffs seek damages in excess of $75,000.

22  Plaintiffs here seek to recover "actual, consequential, and incidental damages against Defendants

23  in excess of $15,000 for each of the above-mentioned causes of action."  Compl., at p.28 (Prayer

24  for Relief).  This amount is exclusive of the punitive damages, interest, attorney's fees, and costs

25  that are also sought by Plaintiffs.  *Id.*  Because Plaintiffs assert a total of seven causes of action

26  and seek "in excess of $15,000 for each," the Complaint's *minimum* damages demand totals

27

28  [1] Plaintiffs' Complaint incorrectly alleges that Def Con Communications, Inc. is a limited liability company.  Compl. ¶ 17.

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

1   $105,000.  The amount in controversy plainly exceeds the $75,000 threshold established by 28

2   U.S.C. § 1332(a).

**VENUE**

3

4   9.   Venue lies in the District of Nevada pursuant to 28 U.S.C. §§ 1441(a) and

5   1446(a). This action was originally brought in Eighth Judicial District Court of the State of

6   Nevada in and for the County of Clark, which is embraced by the United States District Court

7   for Nevada.

**NOTICE OF REMOVAL**

8

9   10.   Defendants were served with the Summons and Complaint in the Action on

10   August 10, 2023.  This Notice of Removal is "filed within 30 days after receipt by the defendant,

11   through service or otherwise, of a copy of [a] . . . paper from which it may first be ascertained

12   that the case is one which is or has become removable," thus the Notice of Removal is timely

13   pursuant to 28 U.S.C. § 1446(b)(3).

14   11.   All Defendants consent to this Notice of Removal.

15   12.   This Notice of Removal will be served promptly on Plaintiffs and filed with the

16   Clerk of the Eighth Judicial District Court of the State of Nevada in and for the County of Clark.

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

4

1    WHEREFORE, Defendant prays that this civil action be removed from the Eighth

2  Judicial District Court of the State of Nevada in and for the County of Clark to the United States

3  District Court for the District of Nevada.

4    DATED this 29th day of August 2023.

5                                              **HOLLAND & HART LLP**

6

7                                              /s/ Robert J. Cassity
                                               Robert J. Cassity
8                                              Nevada Bar No. 9779
                                               Erica C. Medley
9                                              Nevada Bar No. 13959
                                               9555 Hillwood Drive, 2nd Floor
10                                             Las Vegas, NV 89134

11                                             Matthew J. Mertens (*Pro Hac Vice forthcoming*)
                                               **PERKINS COIE LLP**
12                                             1120 N.W. Couch Street Tenth Floor
                                               Portland, OR 97209-4128

13                                             David A. Perez (*Pro Hac Vice forthcoming*)
                                               **PERKINS COIE LLP**
14                                             1201 Third Avenue, Suite 4900
                                               Seattle, WA  98101-3099

15
                                               *Attorneys for Defendants*
16                                             *Jeff Moss and DEF CON Communications, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

**INDEX OF EXHIBITS**

| Exhibit | Description | Page Numbers |
|---------|-------------|--------------|
| A | Summons and Complaint | 001 - 029 |

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2023, a true and correct copy of the foregoing **CAPTION** was served by the following method(s):

☒    Electronic:  by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Kristofer Z. Riklis, Esq.
**RIKLIS LAW, PLLC**
871 Coronado Center Dr., Suite 200
Henderson, NV 89052
Email: Kristofer@riklislaw.com

*Attorneys for Plaintiff*
*Christopher J. Hadnagy*
*and Social-Engineer, LLC*

/s/ Kristina R. Cole
An Employee of Holland & Hart LLP

30407527_v1