Robert J. Cassity
Nevada Bar No. 9779
Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
ecmedley@hollandhart.com

Matthew J. Mertens (*Pro Hac Vice forthcoming*)
**PERKINS COIE LLP**
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2199
Fax 503.346.2199
MMertens@perkinscoie.com

David A. Perez (*Pro Hac Vice forthcoming*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.6767
Fax: 206.359.7767
DPerez@perkinscoie.com

*Attorneys for Defendants*
*Jeff Moss and DEF CON Communications, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01345<br><br>District Court No.: A-23-875618-C<br><br>**DEFENDANTS JEFF MOSS AND DEF CON COMMUNICATIONS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7-1 and Local Rule 7.1-1, Defendants Jeff Moss and Def Con Communications, Inc. disclose as follows:

1

1. Defendant Def Con Communications, Inc. has no parent corporation and is a privately held corporation.

2. The undersigned attorney of record certifies that other than the parties participating in this case, there are no other known parties that have a direct, pecuniary interest in the outcome of this case.

DATED this 29th day of August 2023.

**HOLLAND & HART LLP**

*/s/ Robert J. Cassity*
Robert J. Cassity
Nevada Bar No. 9779
Erica C. Medley
Nevada Bar No. 13959
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Matthew J. Mertens (*Pro Hac Vice forthcoming*)
**PERKINS COIE LLP**
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128

David A. Perez (*Pro Hac Vice forthcoming*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

*Attorneys for Defendants*
*Jeff Moss and DEF CON Communications, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2023, a true and correct copy of the foregoing **DEFENDANTS JEFF MOSS AND DEF CON COMMUNICATIONS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** was served by the following method(s):

☒ Electronic: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Kristofer Z. Riklis, Esq.
**RIKLIS LAW, PLLC**
871 Coronado Center Dr., Suite 200
Henderson, NV 89052
Email: Kristofer@riklislaw.com

*Attorneys for Plaintiff
Christopher J. Hadnagy
and Social-Engineer, LLC*

　　　　　　　　　　　　　　　　　　*/s/ Kristina R. Cole*
　　　　　　　　　　　　　　　　　　An Employee of Holland & Hart LLP

30408179_v1

3