**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER LLC, a Pennsylvania limited liability company,
  Plaintiff(s),

vs.

JEFF MOSS, an individual, and DEF CON COMMUNICATIONS, INC., a Washington corporation, et al.
  Defendant(s).

Case # 2:23-cv-01345

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____David A. Perez_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Perkins Coie LLP_____
(firm name)

with offices at _____1201 Third Ave, Suite 4900_____,
(street address)

___Seattle___, ___Washington___, ___98101___,
(city)        (state)         (zip code)

___206-359-8000___, ___DPerez@perkinscoie.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Jeff Moss and Def Con Communications, Inc.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>9/15/2011</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>Washington</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Washington State | September 15, 2011 | 43959 |
| Oregon State | June 16, 2023 | 231841 |
| Washington State Supreme Court | 9/15/2011 | |
| Supreme Court of the United States | 11/1/2016 | |
| United States Court of Appeals, First Circuit | 8/8/2018 | |
| United States Court of Appeals, Fourth Circuit | 2/1/2016 | |
| See attachment 1 | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Washington State Bar
Oregon State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF ____Washington____ )
                             )
COUNTY OF _____King_____ )

_____David A. Perez_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__24th__ day of __August__, __2023__.

_____
Notary Public or Clerk of Court

[Notary Seal: Rachel Hand, COMM. EXP. 07/26/2025, NOTARY PUBLIC, COMM. #22003287, STATE OF WASHINGTON]

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Bob Cassity_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____9555 Hillwood Drive 2nd Floor_____,
(street address)

____Las Vegas____, ____Nevada____, __89134__,
(city)              (state)          (zip code)

____702-669-4600____, ____bcassity@hollandhart.com____.
(area code + telephone number)    (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Bob Cassity_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

/s/ Jeff Moss
(party's signature)

Jeff Moss
(type or print party name, title)

/s/ Jeff Moss
(party's signature)

Jeff Moss o/b/o Def Con Communications
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Robert J. Cassity
Designated Resident Nevada Counsel's signature

9779                          bcassity@hollandhart.com
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Attachment 1
Pro Hac Vice Application: David A. Perez
United States District Court, District of Nevada

| Court | Date Admitted |
| --- | --- |
| United States Court of Appeals, Ninth Circuit | September 26, 2011 |
| United States Court of Appeals, Eleventh Circuit | April 1, 2013 |
| United States Bankruptcy Court, Western District of Washington | November 10, 2016 |
| United States District Court, Western District of Washington | February 27, 2012 |
| United States District Court, Eastern District of Washington | April 23, 2012 |



# Certificate of Good Standing

State of Oregon                )
                               )  ss.
County of Washington   )

I, Troy Wood, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**DAVID PEREZ, BAR NO. 231841**

was admitted to practice law in the State of Oregon by comity and became an active member of the Oregon State Bar on June 16, 2023.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Perez is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 16th day of June, 2023.

_____
Troy Wood
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 43959 |
| OF | ) | **CERTIFICATE** |
| DAVID A. PEREZ | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**DAVID A. PEREZ**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on September 15, 2011, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 16th day of June, 2023.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court