Robert J. Cassity
Nevada Bar No. 9779
Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
ecmedley@hollandhart.com

Matthew J. Mertens
(*Pro Hac Vice pending*)
**PERKINS COIE LLP**
1120 N.W. Couch Street 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2199
Fax 503.346.2199
mmertens@perkinscoie.com

David A. Perez
(*Pro Hac Vice pending*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.6767
Fax: 206.359.7767
dperez@perkinscoie.com

*Attorneys for Defendants*
*Jeff Moss and DEF CON Communications, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company, | Case No.: 2:23-cv-01345 |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive, | **(First Request)** |
| Defendants. | |

Pursuant to LR II 7.1 and LR IA 6-1, Plaintiffs Christopher Hadnagy and Social-Engineer

LLC ("Plaintiffs") by and through their counsel of record, Riklis Law, PLLC and Defendants

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

1

Jeff Moss and Def Con Communications ("Defendants") by and through their counsel of record, Holland & Hart, LLP, hereby stipulate as follows:

1.      Plaintiff filed its Complaint in the Eighth Judicial District Court in and for Clark County, Nevada, Case No. A-23-875618-C on August 9, 2023. *See* ECF No. 1.

2.      Defendants were served with the Complaint on August 10, 2023.

3.      Defendants filed their Notice of Removal on Tuesday, August 29, 2023. ECF No. 1.  Accordingly, pursuant to FRCP 81, Defendants' deadline to file a response to the Complaint is Tuesday, September 5, 2023.

4.      The parties agree to an extension from Tuesday, September 5, 2023 until Monday, October 2, 2023, for Defendants to respond to Plaintiffs' Complaint.

5.      The stipulated extension is necessary to accommodate previously scheduled travel for several members of Defendants' case team and to provide adequate time for counsel to analyze the Complaint and prepare Defendants' response thereto.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

6.     This is the parties' first request for an extension to respond to the Complaint.  This stipulated extension is made in good faith and not for purposes of delay.

DATED this 1st day of September 2023.

**HOLLAND & HART LLP**

*/s/ Robert J. Cassity*
Robert J. Cassity
Erica C. Medley
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Matthew J. Mertens (*Pro Hac Vice pending*)
**PERKINS COIE LLP**
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128

David A. Perez (*Pro Hac Vice pending*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099

*Attorneys for Defendants*
*Jeff Moss and DEF CON Communications,*
*Inc.*

DATED this 1st day of September 2023.

**RIKLIS LAW, PLLC**

*/s/ Kristofer Z. Riklis, Esq.*
Kristofer Z. Riklis, Esq.
Nevada Bar No. 14754
871 Coronado Center Dr., Suite 200
Henderson, NV 89052

*Attorneys for Plaintiffs*
*Christopher J. Hadnagy and Social-Engineer,*
*LLC*

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
U.S. DISTRICT/MAGISTRATE JUDGE

Dated: _____

30421381_v1