1  Robert J. Cassity
   Nevada Bar No. 9779
2  Erica C. Medley
   Nevada Bar No. 13959
3  **HOLLAND & HART LLP**
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, NV 89134
   Phone: 702.669.4600
5  Fax: 702.669.4650
   bcassity@hollandhart.com
6  ecmedley@hollandhart.com

7  Matthew J. Mertens
   (*Pro Hac Vice pending*)
8  **PERKINS COIE LLP**
   1120 N.W. Couch Street 10th Floor
9  Portland, OR 97209-4128
   Phone: 503.727.2199
10 Fax 503.346.2199
   mmertens@perkinscoie.com

11
   David A. Perez
12 (*Pro Hac Vice pending*)
   **PERKINS COIE LLP**
13 1201 Third Avenue, Suite 4900
   Seattle, WA  98101-3099
14 Phone: 206.359.6767
   Fax: 206.359.7767
15 dperez@perkinscoie.com

16 *Attorneys for Defendants*
   *Jeff Moss and DEF CON Communications, Inc.*

17                **UNITED STATES DISTRICT COURT**

18                     **DISTRICT OF NEVADA**

19
   CHRISTOPHER J. HADNAGY, an individual;    Case No.: 2:23-cv-01345
20 and SOCIAL-ENGINEER, LLC, a
   Pennsylvania limited liability company,
21                                            **STIPULATION FOR EXTENSION OF**
                    Plaintiffs,               **TIME TO RESPOND TO**
22                                            **COMPLAINT**
   v.
23
   JEFF MOSS, an individual; DEF CON          **(First Request)**
24 COMMUNICATIONS, INC., a Washington
   corporation; and DOES 1-10; and ROE
25 ENTITIES 1-10, inclusive,

26                 Defendants.

27         Pursuant to LR II 7.1 and LR IA 6-1, Plaintiffs Christopher Hadnagy and Social-Engineer

28 LLC ("Plaintiffs") by and through their counsel of record, Riklis Law, PLLC and Defendants

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

Jeff Moss and Def Con Communications ("Defendants") by and through their counsel of record, Holland & Hart, LLP, hereby stipulate as follows:

1.     Plaintiff filed its Complaint in the Eighth Judicial District Court in and for Clark County, Nevada, Case No. A-23-875618-C on August 9, 2023. *See* ECF No. 1.

2.     Defendants were served with the Complaint on August 10, 2023.

3.     Defendants filed their Notice of Removal on Tuesday, August 29, 2023. ECF No. 1.  Accordingly, pursuant to FRCP 81, Defendants' deadline to file a response to the Complaint is Tuesday, September 5, 2023.

4.     The parties agree to an extension from Tuesday, September 5, 2023 until Monday, October 2, 2023, for Defendants to respond to Plaintiffs' Complaint.

5.     The stipulated extension is necessary to accommodate previously scheduled travel for several members of Defendants' case team and to provide adequate time for counsel to analyze the Complaint and prepare Defendants' response thereto.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

2

6.      This is the parties' first request for an extension to respond to the Complaint.  This stipulated extension is made in good faith and not for purposes of delay.

DATED this 1st day of September 2023.

**HOLLAND & HART LLP**

*/s/ Robert J. Cassity*
Robert J. Cassity
Erica C. Medley
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Matthew J. Mertens (*Pro Hac Vice pending*)
**PERKINS COIE LLP**
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128

David A. Perez (*Pro Hac Vice pending*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099

*Attorneys for Defendants*
*Jeff Moss and DEF CON Communications, Inc.*

DATED this 1st day of September 2023.

**RIKLIS LAW, PLLC**

*/s/ Kristofer Z. Riklis, Esq.*
Kristofer Z. Riklis, Esq.
Nevada Bar No. 14754
871 Coronado Center Dr., Suite 200
Henderson, NV 89052

*Attorneys for Plaintiffs*
*Christopher J. Hadnagy and Social-Engineer, LLC*

**<u>ORDER</u>**

**IT IS SO ORDERED**

**DATED:** 3:55 pm, September 05, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

30421381_v1

3