# EXHIBIT A

Affidavits of Service for Mr. Moss and DEF CON

# EXHIBIT A

# AFFIDAVIT OF SERVICE

**Electronically Filed**
**8/15/2023 1:43 PM**
**Steven D. Grierson**
**CLERK OF THE COURT**

| Case: A-23-875618-C | Court: District Court, Clark County, Nevada | County: | Job: 9346763 (A-23-875618-C) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Christopher J. Hadnagy; et al | | **Defendant / Respondent:** Jeff Moss; et al | |
| **Received by:** Clark County Process Service, LLC | | **For:** Riklis Law, PLLC | |
| **To be served upon:** Jeff Moss | | | |

I, William Falkner, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jeff Moss, 3911 Koval Ln, Las Vegas, NV 89109
**Manner of Service:** Substitute Service - Personal, Aug 10, 2023, 3:08 pm PDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Aug 10, 2023, 3:08 pm PDT at 3911 Koval Ln, Las Vegas, NV 89109 received by Jeffrey McNamara. Age: 50's; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 6'; Relationship: Attorney; Other: Wearing a ball cap and wearing glasses; Summons and Complaint accepted by Jeffery C. McNamara Attorney for Jeff Moss

_____   08/11/2023
William Falkner                Date
2031

Clark County Process Service, LLC
2500 Chandler Ave #4
Las Vegas, NV 89120
702-326-5454

**AFFIDAVIT OF SERVICE**

**Electronically Filed**
**8/15/2023 1:43 PM**
**Steven D. Grierson**
**CLERK OF THE COURT**

| Case: A-23-875618-C | Court: District Court, Clark County, Nevada | County: | Job: 9346755 (A-23-875618-C) |
|---|---|---|---|
| Plaintiff / Petitioner: Christopher J. Hadnagy; et al | | Defendant / Respondent: Jeff Moss; et al | |
| Received by: Clark County Process Service, LLC | | For: Riklis Law, PLLC | |
| To be served upon: Def Con Communications, Inc. c/o Jeff Moss | | | |

I, William Falkner, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Def Con Communications, Inc. c/o Jeff Moss, 3911 Koval Ln, Las Vegas, NV 89109
**Manner of Service:** Authorized, Aug 10, 2023, 1:35 pm PDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Aug 10, 2023, 1:35 pm PDT at 3911 Koval Ln, Las Vegas, NV 89109 received by Def Con Communications, Inc. c/o Jeff Moss. Age: 50's; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 6'; Other: Jeffery McNamera attorney for Def Con accepted service ; Wearing a ball cap and glasses

_____   08/11/2023
William Falkner            Date
2031

Clark County Process Service, LLC
2500 Chandler Ave #4
Las Vegas, NV 89120
702-326-5454

Case Number: A-23-875618-C

003