# EXHIBIT B

Washington Secretary of State Business
Information for DEF CON

# EXHIBIT B

# BUSINESS INFORMATION

Business Name:
**DEF CON COMMUNICATIONS, INC.**

UBI Number:
**601 960 672**

Business Type:
**WA PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**51 W DAYTON ST STE 305, EDMONDS, WA, 98020-4111, UNITED STATES**

Principal Office Mailing Address:
**51 W DAYTON ST STE 305, EDMONDS, WA, 98020-4111, UNITED STATES**

Expiration Date:
**06/30/2024**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/ Registration Date:
**06/11/1999**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**ANY LAWFUL PURPOSE, COMPUTER SECURITY - COMPUTER SECURITY CONFERENCE**

# REGISTERED AGENT INFORMATION

Registered Agent Name:
**JEFFREY C MCNAMARA**

Street Address:
**51 WEST DAYTON ST STE 305, EDMONDS, WA, 98020-0000, UNITED STATES**

Mailing Address:
**51 WEST DAYTON ST STE 305, EDMONDS, WA, 98020-0000, UNITED STATES**

# GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|-------|----------------|-------------|------------|-----------|
| GOVERNOR | INDIVIDUAL | | JEFF | MOSS |

005