# Exhibit 2

# Def Con Website: Forums Section





| forums | blogs | articles | albums | dcgroups | defcon.o | Search | |

infocon.org    reddit    store

**Today's Posts**    **Last Week**    **Unread**    **Con Calendar**    **iOS**    **Android**    **Who's Online**    **Member List**

Forum    DEF CON Conference Planning    DEF CON 31 Planning

**Guests can browse, to post please join the forums**



| Sub-Forums | Topics | Posts | Last Post |
|---|---|---|---|
| **DC31: Contests** <br> Want to compete in a contest or run one? All contents and events will be listed here. (in person) only, (hybrid) in-person & virtual, (virt) Virtual only | 203 | 268 | Maps of the digital lands <br> by thetoolman <br> August 23, 2023, 05:40 |

**Sub-Forums:**

| | | |
|---|---|---|
| Car Hacking Village (4/4) CTF | DEF CON 31 Beard (1/1) and Mustache Contest | Blue Team Village CTF (3/5) |
| Blacks In Cyber Village (3/3) CTF | Creative Writing Short (7/28) Story Contest | AutoDriving CTF contest (2/2) |
| ? Cube (4/7) | Octopus Game (11/16) | Phish Stories (6/6) |
| Radio Frequency (4/4) Capture the Flag | CMD+CTRL Cyber (6/7) Range | Darknet-NG (4/4) |
| DC Kubernetes (3/3) Capture the Flag (CTF) | DC Sticker Design (1/2) Contest | Pub Quiz at DEF CON (2/6) |
| DEF CON Scavenger (4/4) Hunt | DC's Next Top Threat (7/7) Model (DCNTTM) | Ham Radio Fox Hunting (4/4) Contest |
| DEFCON MUD DUMB (5/11) TERMINAL EDITION | Dungeons@Defcon (4/5) | Battle of the Bots (4/4) |
| Capture the Packet (4/4) Embedded CTF | HardWired (4/0) | CrackMeIfYouCan (4/7) |
| Hacker Jeopardy (3/6) | Hac-Man (2/2) | Hack-A-Sat 4 (HAS4) (4/4) |
| | HackFortress (4/4) | Hardware Hacking Village (3/3) CTF |
| IoT Village CTF (4/4) | It's In That Place Where (2/2) I Put That Thing That Time | Maps of the digital lands (4/5) |
| OpenSOC Blue Team (1/1) CTF CANCELED | pTFS Presents: (4/4) Mayhem Industries – Starphin | Red Alert ICS CTF (4/4) |
| Red Team CTF (4/7) | Social Engineering (2/2) Community (SEC) Vishing Competition | Social Engineering Community (4/4) (SEC) Youth Challenge |
| TeleChallenge (6/8) | The Beverage Cooling (2/6) Contraption Contest | The Dark Tangent Look-Alike (4/4) Contest |
| The Gold Bug (4/4) Challenge | The Lonely Hard Drive (4/4) | Tinfoil Hat Contest (3/3) |

⊙ TOOOL Dozier Drill (2/3)
Lockpicking Challenge
🔒 Hack3r Runw@y (2/2)

🟩 venator aurum - A (4/6)
Treasure Hunt
🔲 IntelOps - Operation (2/2)
Spacewatch

🟦 Whose Slide Is It Anyway? (2/2)

🔵 5n4ck3y (4/4)

🐿 Adversary Wars CTF (4/4)
ⓛ Trace Labs OSINT Search Party CTF (3/10)

☁ Cloud Village CTF (2/2)

♛ DEF CON Chess Tournament (2/4)

---

**DC31: Demo Labs**    42    66
Meet directly with the creator(s) of software
tools or projects showing off their creations,
check out their tech and ask questions

Slides
by tomgag
August 17, 2023, 16:19

**Sub-Forums:**

| | | | | | |
|---|---|---|---|---|---|
| OWASP crAPI: Completely Ridiculous API - Jayesh Ahire and Roshan Piyush | (1/1) | Vacuum Robot Hacking - Dennis Giese | (1/2) | FlowMate - Florian Haag, Nicolas Schickert | (1/1) |
| Dracon - Spyros Gasteratos | (1/1) | Shufflecake, AKA Truecrypt on Steroids for Linux - Tommaso Gagliardoni & Elia Anzuoni | (4/4) | CNAPPGoat - Noam Dahan, Igal Gofman | (1/2) |
| Ek47 – Payload Encryption with Environmental Keys - Kevin Clark, Skyler Knecht | (1/1) | Build Inspector - A modern Javert on the trail of CI/CD Anomalies and Intruders - Jeremy Banker | (1/1) | Strix Interceptor - Lexie Thach | (1/2) |
| T3SF (Technical TableTop Exercises Simulation Framework) - Federico Pacheco, Joaquin Lanfranconi | (1/1) | The Metasploit Framework - Spencer McIntyre | (1/2) | Katalina - Gabi Cirlig | (2/2) |
| SucoshScanny - Mustafa Bilgici, Tibet Öğünç | (1/1) | Vulnerable by Design: Unguard, The Insecure Cloud-Native Twitter Clone - Simon Ammer, Christoph Wedenig | (1/2) | Glyph - Corey Hartman | (1/2) |
| EvilnoVNC: Next-Gen Spear Phishing Attacks - Joel Gámez Molina | (1/1) | Attack Surface Framework - Prajwal Panchmahalkar & Mike Henkelman | (1/1) | OpenSSF Scorecard - Naveen Srinivasan & Neil Naveen | (1/1) |
| Saturday - Joshua Herman | (1/6) | Lambda Looter - Doug Kent & Rob Ditmer | (2/2) | The Wifydra: Multiheaded RF Panopticon - Lozaning | (1/1) |
| USBvalve - Expose USB activity on the fly - Cesare Pizzi | (1/3) | Veilid - TC Johnson & Deth Veggie | (1/3) | Lupo: Malware IOC Extractor - Vishal Thakur | (1/2) |
| Red Wizard: user-friendly Red Teaming infrastructure - Ben Brücker | (1/1) | Kraken, a modular multi-language webshell for defense evasion - Raul Caro | (1/3) | Abusing Microsoft SQL Server with SQLRecon - Sanjiv Kawa | (1/1) |
| BBOT (Bighuge BLS OSINT Tool) - TheTechromancer (Joel Moore) & Paul Mueller | (1/2) | Am I Exploitable? (MI-X) - Ofri Ouzan & Yotam Perkal | (1/1) | Pcapinator: Rise of the PCAP Machines - Mike Spicer & Henry Hill | (1/1) |
| BLE CTF - Ryan Holeman & Alek Amrani | (1/1) | RuleProcessorY & Gramify - Rule Optimization & Password Analysis tools - Niels Loozekoot | (1/3) | ThreatScraper: Automated Threat Intelligence Gathering and Analysis for VirusTotal - Aaron Morath & Dr. Scott Graham | (1/2) |

| ProjectDiscovery Nuclei (2/4) - Brendan O'Leary & Pj Metz | HardHat Command & Control Framework - Jonathan Owens | (1/1) | ICS Forensics tool - Maayan Shaul & Ori Perez | (1/1) |
|---|---|---|---|---|

### DC31: Paid Training
DEF CON Training: Unlike 4 hour workshops which happen during DEF CON, DEF CON Training are 2 days of training after con.
defcontrainings.myshopify.com

38    39



Anthony Rose, Kevin Cl
by **Coin**
June 22, 2023, 16:57

**Sub-Forums:**

DC31: Paid training that were canceled (archive) (20/20)

### DC31: Parties & Gatherings & Events
Looking to meet other people in a social gathering? Want to plan a get-together or party?

97    180

S.O.D.A Machine (Shell
by **internetking**
August 12, 2023, 18:19

**Sub-Forums:**

| Betting on Your Digital Rights: 2nd Annual EFF Benefit Poker Tournament at DC31 | (3/6) | Panel: Ask the EFF (1/1) | Hacking Policy & Prompts - Happy Hour | (1/1) |
|---|---|---|---|---|
| Arts and Entertainment general discussion | (4/6) | Lonely Hackers Club (8/8) | Blue Team Village Pool Party (1/5) | |
| Books, Books, Books will Prevail | (1/1) | Wisp Community Meet Up at BTV Pool Party (1/1) | Village People Party (1/2) | |
| WISP Peer-to-Peer Mentoring and Networking | (1/1) | WISP Chill Out Space with Refreshments (2/2) | S.O.D.A Machine (Shell On Demand Appliance) | (5/25) |
| THE UNOFFICIAL DEF CON SHOOT | (6/21) | Defcon.run (5/5) | CycleOverride DEF CON Bike Ride | (2/9) |
| The Book Exchange (1/1) | | Toxic BBQ (4/6) | Arcade Party (1/4) | |
| VETCON (1/1) | | Queercon Party (1/1) | GOTHCON 2023 (1/1) | |
| Friends of Bill (6/6) | | Queercon Mixers (4/4) | EFF Tech Trivia (2/4) | |
| Hacker Karaoke (3/6) | | Ham Radio Exams (7/7) | CULT OF THE DEAD COW BREAKS THE INTERNET (and you can too!) | (2/11) |
| | | | Hacker Flairgrounds (1/1) | |
| BIC 301-303 – Blacks in Cyber Lituation Party | (1/1) | BlanketFort Con (1/1) | DEF CON Holland Group Presents: VrijMiBo | (1/1) |
| CANCELED ~~'D' in Hacker Stands for Diversity~~ | (3/3) | DC 404/DC 678/ DC 770/ DC 470 (Atlanta Metro) | (1/1) | Capitol Tech University (1/4) | |
| WISP DEF CON Scholars Meetup | (1/1) | University of Advancing Technology (1/1) | | |
| Hack The Box (2/2) | | DC Kids Meetup (2/9) | | |




### DC31: Speakers & Presentations
Want to discuss and discover DEF CON 31 speakers and their presentations?

121    141

"Calling it a 0-Day - Hac
by **TNR**
August 12, 2023, 11:40

### DC31: Villages
Villages are the place to explore a topic in depth organized by communities of hackers.

146    164

Radio Frequency Village
by **lost screw**
August 12, 2023, 13:45

**Sub-Forums:**

| | | |
|---|---|---|
| A.I. Village (4/4) | Misinformation Village (4/4) | XRVillage (4/4) |
| DEFCON GROUPS (5/5) VR (DCGVR) | Blue Team Village (4/6) | Aerospace Village (5/5) |
| Biohacking Village (4/4) | Crypto & Privacy (4/7) Village | Appsec Village (4/4) |
| Blacks In Cyber (3/3) Village | Carhacking Village (4/2) | Cloud Village (4/4) |
| Data Duplication (5/5) Village | Embedded Systems (4/4) Village | Ham Radio Village (4/4) |
| Hardware Hacking (4/4) Village & Soldering Skills Village | ICS Village (4/4) | Lockpick Village (4/8) |
| IoT Village (4/4) | Packet Hacking (7/7) Village | Payment Village (4/4) |
| Physical Security (4/4) Village | Password Village (5/5) | Quantum Village (4/4) |
| Policy@DEFCON (4/4) | Radio Frequency (4/5) Village | Telecom Village (6/6) |
| Tamper Evident Village (4/4) | ~~SkyTalks~~ CANCELED (1/1) by organizer | CANCELED: Rogues Village (4/4) |
| Recon Village (4/4) | Red Team Village (4/11) | Social Engineering Community (8/9) Village |
| Voting Village (4/4) | | |

---

### DC31: Workshops
Workshops are 4 hour long mini-classes that require pre-registration - some classes have requirements for certain skills or equipment

33  166

 Guillaume Ross, Austin
by gepeto
August 12, 2023, 17:56

---

### Workshop: Other threads, or canceled workshops
In order to have some transparency on workshops that may have been offered, but were canceled, I'll try to put canceled workshops here with "strikeout" and change to title to indicate cancellation. Also, any threads not -on-topic to specific workshops, but about workshops may be placed here.

1  9

 Any word on workshops
by number6
June 30, 2023, 13:28

---

### DC31: Rides and Roomsharing
Want to share a ride or room during a pandemic?

7  9

 Room Space Available
by Mr Frosty
August 9, 2023, 05:51

**Mark Channels Read**

---

| TOPICS | LATEST ACTIVITY | MY SUBSCRIPTIONS | PHOTOS |
|---|---|---|---|

Page [1] of 3 [ ]    Filter

| Topics | Statistics | Last Post |
|---|---|---|
| Sticky: **Helping you plan your DC31:** | 3 | by worldwise001 |

 **scheds in HTML, PDF, Google Calendar, ical, etc: view online or download**
Started by qumqats, July 25, 2023, 03:53

responses
481 views
0 likes

 August 8, 2023, 00:22

---

 Sticky: **DC31: Unofficial comments on lines to redeem pre-reg codes, or buy badges....**
Started by number6, July 13, 2023, 07:39

2 responses
515 views
0 likes

 by dmr
July 31, 2023, 16:43

---

 Sticky: **Extremely IMPORTANT notes regarding human registration:**
Started by Undertaker, July 28, 2023, 17:01

0 responses
379 views
1 like

 by Undertaker
July 28, 2023, 17:01

---

 **DC31 - Thanks**
Started by trill1990, August 25, 2023, 07:02

1 response
72 views
0 likes

 by drinkwater
August 25, 2023, 22:49

---

 **Thank you DEFCON 31**
Started by himple, August 14, 2023, 07:04

0 responses
85 views
0 likes

 by himple
August 14, 2023, 07:04

---

 **Issue with wifi reg on Android**
Started by chazchaz101, August 9, 2023, 12:43

5 responses
123 views
0 likes

 by popcorn
August 10, 2023, 11:57

---

 **Wifi Reg**
Started by Station, August 8, 2023, 06:32

2 responses
180 views
0 likes

 by Tangential
August 8, 2023, 10:36

---

 **DEF CON 31 badge lanyard style / attachment point**
Started by BrownieInMotion, July 25, 2023, 23:54

0 responses
211 views
0 likes

 by BrownieInMotion
July 25, 2023, 23:54

---

 **DC31 - Badge sharing/transfer**
Started by tghosth, July 25, 2023, 00:16

4 responses
212 views
0 likes

 by tghosth
July 25, 2023, 11:05

---

 **Newbie**
Started by Zzzzzz6er, July 11, 2023, 17:25

2 responses
200 views
0 likes

 by Zzzzzz6er
July 22, 2023, 06:37

---

 **Vendors area missing in forums**
Started by Michels, July 15, 2023, 04:04

0 responses
132 views
0 likes

 by Michels
July 15, 2023, 04:04

---



### DEF CON 31 Badge SAO Angle
Started by lilibyte, June 2, 2023, 10:16

2 responses
683 views
0 likes



by dmr
June 28, 2023, 11:24

---



### Problems with pre-registration
Started by v4jr4w4rr10r, June 11, 2023, 08:59

0 responses
154 views
0 likes



by v4jr4w4rr10r
June 11, 2023, 08:59

---

| 1 | 2 | 3 | Next |

Mark This Channel Read

---

Dark-Blue          English (US)

(r) DEF CON Communications, Inc. All times are GMT-8. This

HELP  |  CONTACT FORUM ACCOUNT SUPPORT  |  DMCA  |  DEF CON POLICIES  |  GO TO TOP

page was generated at 1 minute ago.

(r) DEF CON Communications, Inc.
All times are GMT-8. This page was generated at 1 minute ago.