# Exhibit 5

# Def Con Website: Def Con Cancelled

 https://defcon.org/html/links/dc-news.html



The 'DEF CON is canceled' meme has crossed over into real life, courtesy of COVID-19. In early March we had hopes that things would be stable by August. That is no longer realistic. Currently there's no way to gather everyone together and keep them safe, so The Dark Tangent has decided to cancel the in-person event.

We will try an experiment this year - an online DEF CON. Please read The Dark Tangent's more detailed thoughts on the situation and then head over to the Forums to get involved. There is a DEF CON Safe Mode FAQ that should help to answer common questions.

We wish there was better news, but we hackers are a resilient bunch. Stay healthy, stay safe, and stay in touch so we can all be together virtually this August 6-9 and again for DEF CON 29 in person.

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information