# EXHIBIT A

**Declaration of Jeff Moss in Support of Defendants' Motion to Transfer**

# EXHIBIT A

Robert J. Cassity
Nevada Bar No. 9779
Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
ecmedley@hollandhart.com

Matthew J. Mertens
(admitted *Pro Hac Vice*)
**PERKINS COIE LLP**
1120 N.W. Couch Street 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2199
Fax 503.346.2199
mmertens@perkinscoie.com

David A. Perez
(admitted *Pro Hac Vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.6767
Fax: 206.359.7767
dperez@perkinscoie.com

*Attorneys for Defendants*
*Jeff Moss and DEF CON Communications, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01345-CDS-BNW<br><br>**DECLARATION OF JEFF MOSS IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER** |

1

1. My name is Jeff Moss. I am the founder and president of Defendant Def Con Communications, Inc. ("Def Con") (collectively, "Defendants"). I am over 18 years old and attest that the following declaration is true to the best of my knowledge.

## Moss's Contacts with Nevada

2. I am a resident of Washington.

3. Apart from short trips to Nevada for personal and/or business reasons, I have never owned property in or lived in Nevada.

## Def Con's Contacts with Nevada

4. Def Con is an organization that provides security-related training, through its website and by hosting conferences for the information security community around the world. Def Con puts on an annual conference in Las Vegas, spanning a total of four days out of the year and attracting attendees from around the globe (the "Event"). Def Con has also hosted conferences in Beijing, China, and New York.

1. Def Con is incorporated in and has its principal place of business in Washington.

2. Def Con does not have any offices or employees in Nevada.

3. Def Con has a total of nine employees. The majority of Def Con's employees are located in Washington, with seven out of its nine employees residing in Washington. The other two employees do not live in Nevada.

4. Def Con's physical documents are located in Washington, at its principal place of business.

## Def Con's Website Operations

5. Def Con operates a website, available at www.defcon.org (the "Website"), that provides information and resources about information security and the annual Event. The Website is accessible globally.

6. Def Con does not target Nevada residents to attend the Event through its Website. Def Con has a very small advertising and marketing budget of just a few hundred dollars a year, which it mostly uses to purchase Facebook advertisements. These advertisements are not targeted at Nevada residents.

7. Def Con does not maintain mailing lists of past or prospective Event attendees. Website visitors can access mailing lists available through the Website addressing particular areas of interest to the infosec community. Third parties operate and manage these mailing lists; none of them involve solicitation of attendance at the Event; and none of them are targeted at Nevada residents.

8. Def Con does not send emails—to Nevada residents or otherwise—to encourage past or prospective Event attendees to purchase tickets to future conferences. The Website does not have pop-up advertisements encouraging anyone viewing the advertisements to purchase tickets to future conferences.

9. Def Con does not use website traffic information, such as IP addresses of website visitors, to target visitors for potential conference attendance or to otherwise solicit attendance at the Event. Nevada residents are no exception.

### Defendants' Additional Litigation Costs

10. In order to defend in the District of Nevada, I have had to obtain local counsel for myself and Def Con, incurring additional litigation costs. I anticipate further additional litigation costs for myself, Def Con, and witnesses as a result of the need to travel from Washington to Nevada to litigate this action in the District of Nevada.

I declare under the penalty of perjury under the laws of the United States and the State of Nevada that the foregoing is true and correct.

Executed on this 16th day of October 2023.

*/s/ Jeff Moss*
Jeff Moss

30717374_v1

3

004