# Exhibit 2

# Def Con Website: Forums Section





Login or Sign Up

**forums**   blogs   articles   albums   dcgroups   defcon.o   | Search |

infocon.org   reddit   store

Today's Posts    Last Week    Unread    Con Calendar    iOS    Android    Who's Online    Member List

Forum    DEF CON Conference Planning    DEF CON 31 Planning

### Guests can browse, to post please join the forums



| Sub-Forums | Topics | Posts | Last Post |
|---|---|---|---|
| **DC31: Contests** <br> Want to compete in a contest or run one? All contests and events will be listed here. (in person) only, (hybrid) in-person & virtual, (virt) Virtual only | 203 | 268 | Maps of the digital lands <br> by thetoolman <br> August 23, 2023, 05:40 |

**Sub-Forums:**

| | | |
|---|---|---|
| **Car Hacking Village CTF** (4/4) | DEF CON 31 Beard and Mustache Contest (1/1) | Blue Team Village CTF (3/5) |
| Blacks In Cyber Village CTF (3/3) | Creative Writing Short Story Contest (7/28) | AutoDriving CTF contest (2/2) |
| ? Cube (4/7) | Octopus Game (11/16) | Phish Stories (6/6) |
| Radio Frequency Capture the Flag (4/4) | CMD+CTRL Cyber Range (6/7) | Darknet-NG (4/4) |
| DC Kubernetes Capture the Flag (CTF) (3/3) | DC Sticker Design Contest (1/2) | Pub Quiz at DEF CON (2/6) |
| DEF CON Scavenger Hunt (4/4) | DC's Next Top Threat Model (DCNTTM) (7/7) | Ham Radio Fox Hunting Contest (4/4) |
| DEFCON MUD DUMB TERMINAL EDITION (5/11) | Dungeons@Defcon (4/5) | Battle of the Bots (4/4) |
| Capture the Packet (4/4) | HardWired (4/0) | CrackMeIfYouCan (4/7) |
| Embedded CTF (4/4) | Hac-Man (2/2) | **Hack-A-Sat 4 (HAS4)** (4/4) |
| Hacker Jeopardy (3/6) | HackFortress (4/4) | **Hardware Hacking Village CTF** (3/3) |
| IoT Village CTF (4/4) | It's In That Place Where I Put That Thing That Time (2/2) | Maps of the digital lands (4/5) |
| ~~OpenSOC Blue Team CTF~~ CANCELED (1/1) | pTFS Presents: Mayhem Industries – Starphish (4/4) | Red Alert ICS CTF (4/4) |
| Red Team CTF (4/7) | Social Engineering Community (SEC) Vishing Competition (2/2) | Social Engineering Community (SEC) Youth Challenge (4/4) |
| TeleChallenge (6/8) | The Beverage Cooling Contraption Contest (2/6) | The Dark Tangent Look-Alike Contest (4/4) |
| The Gold Bug Challenge (4/4) | The Lonely Hard Drive (4/4) | Tinfoil Hat Contest (3/3) |

| TOOOL Dozier Drill Lockpicking Challenge (2/3) | venator aurum - A Treasure Hunt (4/6) | Whose Slide Is It Anyway? (2/2) |
| --- | --- | --- |
| Hack3r Runw@y (2/2) | IntelOps - Operation Spacewatch (2/2) | 5n4ck3y (4/4) |
| Adversary Wars CTF (4/4) | Cloud Village CTF (2/2) | DEF CON Chess Tournament (2/4) |
| Trace Labs OSINT Search Party CTF (3/10) | | |

**DC31: Demo Labs**
Meet directly with the creator(s) of software tools or projects showing off their creations, check out their tech and ask questions

42    66    Slides
by tomgag
August 17, 2023, 16:19

**Sub-Forums:**

| OWASP crAPI: Completely Ridiculous API - Jayesh Ahire and Roshan Piyush (1/1) | Vacuum Robot Hacking - Dennis Giese (1/2) | FlowMate - Florian Haag, Nicolas Schickert (1/1) |
| --- | --- | --- |
| Dracon - Spyros Gasteratos (1/1) | Shufflecake, AKA Truecrypt on Steroids for Linux - Tommaso Gagliardoni & Elia Anzuoni (4/4) | CNAPPGoat - Noam Dahan, Igal Gofman (1/2) |
| Ek47 – Payload Encryption with Environmental Keys - Kevin Clark, Skyler Knecht (1/1) | Build Inspector - A modern Javert on the trail of CI/CD Anomalies and Intruders - Jeremy Banker (1/1) | Strix Interceptor - Lexie Thach (1/2) |
| T3SF (Technical TableTop Exercises Simulation Framework) - Federico Pacheco, Joaquin Lanfranconi (1/1) | The Metasploit Framework - Spencer McIntyre (1/2) | Katalina - Gabi Cirlig (2/2) |
| SucoshScanny - Mustafa Bilgici, Tibet Öğünç (1/1) | Vulnerable by Design: Unguard, The Insecure Cloud-Native Twitter Clone - Simon Ammer, Christoph Wedenig (1/2) | Glyph - Corey Hartman (1/2) |
| EvilnoVNC: Next-Gen Spear Phishing Attacks - Joel Gámez Molina (1/1) | Attack Surface Framework - Prajwal Panchmahalkar & Mike Henkelman (1/1) | OpenSSF Scorecard - Naveen Srinivasan & Neil Naveen (1/1) |
| Saturday - Joshua Herman (1/6) | Lambda Looter - Doug Kent & Rob Ditmer (2/2) | The Wifydra: Multiheaded RF Panopticon - Lozaning (1/1) |
| USBvalve - Expose USB activity on the fly - Cesare Pizzi (1/3) | Veilid - TC Johnson & Deth Veggie (1/3) | Lupo: Malware IOC Extractor - Vishal Thakur (1/2) |
| Red Wizard: user-friendly Red Teaming infrastructure - Ben Brücker (1/1) | Kraken, a modular multi-language webshell for defense evasion - Raul Caro (1/3) | Abusing Microsoft SQL Server with SQLRecon - Sanjiv Kawa (1/1) |
| BBOT (Bighuge BLS OSINT Tool) - TheTechromancer (Joel Moore) & Paul Mueller (1/2) | Am I Exploitable? (MI-X) - Ofri Ouzan & Yotam Perkal (1/1) | Pcapinator: Rise of the PCAP Machines - Mike Spicer & Henry Hill (1/1) |
| BLE CTF - Ryan Holeman & Alek Amrani (1/1) | RuleProcessorY & Gramify - Rule Optimization & Password Analysis tools - Niels Loozekoot (1/3) | ThreatScraper: Automated Threat Intelligence Gathering and Analysis for VirusTotal - Aaron Morath & Dr. Scott Graham (1/2) |

| | | | | | |
|---|---|---|---|---|---|
| ProjectDiscovery Nuclei - Brendan O'Leary & Pj Metz | (2/4) | HardHat Command & Control Framework - Jonathan Owens | (1/1) | ICS Forensics tool - Maayan Shaul & Ori Perez | (1/1) |

### DC31: Paid Training
DEF CON Training: Unlike 4 hour workshops which happen during DEF CON, DEF CON Training are 2 days of training after con.
defcontrainings.myshopify.com

38    39    Anthony Rose, Kevin Cl
by Coin
June 22, 2023, 16:57

**Sub-Forums:**

DC31: Paid training that were canceled (archive) (20/20)

### DC31: Parties & Gatherings & Events
Looking to meet other people in a social gathering? Want to plan a get-together or party?

97    180    S.O.D.A Machine (Shell
by internetking
August 12, 2023, 18:19

**Sub-Forums:**

| | | | | | |
|---|---|---|---|---|---|
| Betting on Your Digital Rights: 2nd Annual EFF Benefit Poker Tournament at DC31 | (3/6) | Panel: Ask the EFF | (1/1) | Hacking Policy & Prompts - Happy Hour | (1/1) |
| Arts and Entertainment general discussion | (4/6) | Lonely Hackers Club | (8/8) | Blue Team Village Pool Party | (1/5) |
| Books, Books, Books will Prevail | (1/1) | Wisp Community Meet Up at BTV Pool Party | (1/1) | Village People Party | (1/2) |
| WISP Peer-to-Peer Mentoring and Networking | (1/1) | WISP Chill Out Space with Refreshments | (2/2) | S.O.D.A Machine (Shell On Demand Appliance) | (5/25) |
| **THE UNOFFICIAL DEF CON SHOOT** | **(6/21)** | Defcon.run | (5/5) | CycleOverride DEF CON Bike Ride | (2/9) |
| The Book Exchange | (1/1) | Toxic BBQ | (4/6) | Arcade Party | (1/4) |
| VETCON | (1/1) |  Queercon Party | (1/1) | GOTHCON 2023 | (1/1) |
| Friends of Bill | (6/6) |  Queercon Mixers | (4/4) | EFF Tech Trivia | (2/4) |
| Hacker Karaoke | (3/6) | Ham Radio Exams | (7/7) | CULT OF THE DEAD COW BREAKS THE INTERNET (and you can too!) | (2/11) |
| BIC 301-303 – Blacks in Cyber Lituation Party | (1/1) | BlanketFort Con | (1/1) | Hacker Flairgrounds | (1/1) |
| CANCELED 'D' in Hacker Stands for Diversity | (3/3) | DC 404/DC 678/ DC 770/ DC 470 (Atlanta Metro) | (1/1) | DEF CON Holland Group Presents: VrijMiBo | (1/1) |
| WISP DEF CON Scholars Meetup | (1/1) | University of Advancing Technology | (1/1) | Capitol Tech University | (1/4) |
| Hack The Box | (2/2) | DC Kids Meetup | (2/9) | | |

### DC31: Speakers & Presentations
Want to discuss and discover DEF CON 31 speakers and their presentations?

121    141    "Calling it a 0-Day - Hac
by TNR
August 12, 2023, 11:40

### DC31: Villages
Villages are the place to explore a topic in depth organized by communities of hackers.

146    164    Radio Frequency Village
by lost screw
August 12, 2023, 13:45

**Sub-Forums:**

| | | |
|---|---|---|
| A.I. Village (4/4) | Misinformation Village (4/4) | XRVillage (4/4) |
| DEFCON GROUPS VR (DCGVR) (5/5) | Blue Team Village (4/6) | Aerospace Village (5/5) |
| Biohacking Village (4/4) | Crypto & Privacy Village (4/7) | Appsec Village (4/4) |
| Blacks In Cyber Village (3/3) | Carhacking Village (4/4) | Cloud Village (4/4) |
| Data Duplication Village (5/5) | Embedded Systems Village (4/4) | Ham Radio Village (4/4) |
| Hardware Hacking Village & Soldering Skills Village (4/4) | ICS Village (4/4) | Lockpick Village (4/8) |
| IoT Village (4/4) | Packet Hacking Village (7/7) | Payment Village (4/4) |
| Physical Security Village (4/4) | Password Village (5/5) | Quantum Village (4/4) |
| Policy@DEFCON (4/4) | Radio Frequency Village (4/5) | Telecom Village (6/6) |
| Tamper Evident Village (4/4) | ~~SkyTalks~~ CANCELED by organizer (1/1) | CANCELED: Rogues Village (4/4) |
| Recon Village (4/4) | Red Team Village (4/11) | Social Engineering Community Village (8/9) |
| Voting Village (4/4) | | |

| | | | | |
|---|---|---|---|---|
| **DC31: Workshops**<br>Workshops are 4 hour long mini-classes that require pre-registration - some classes have requirements for certain skills or equipment | 33 | 166 |  | Guillaume Ross, Austin<br>by gepeto<br>August 12, 2023, 17:56 |
| **Workshop: Other threads, or canceled workshops**<br>In order to have some transparency on workshops that may have been offered, but were canceled, I'll try to put canceled workshops here with "strikeout" and change to title to indicate cancellation. Also, any threads not -on-topic to specific workshops, but about workshops may be placed here. | 1 | 9 |  | Any word on workshops<br>by number6<br>June 30, 2023, 13:28 |
| **DC31: Rides and Roomsharing**<br>Want to share a ride or room during a pandemic? | 7 | 9 |  | Room Space Available<br>by Mr Frosty<br>August 9, 2023, 05:51 |

Mark Channels Read

| TOPICS | LATEST ACTIVITY | MY SUBSCRIPTIONS | PHOTOS |
|---|---|---|---|

Page 1 of 3    Filter

| Topics | Statistics | Last Post |
|---|---|---|
| Sticky: **Helping you plan your DC31:** | 3 | by worldwise001 |

| | | | |
|---|---|---|---|
|  | **scheds in HTML, PDF, Google Calendar, ical, etc: view online or download**<br>Started by qumqats, July 25, 2023, 03:53 | responses<br>481 views<br>0 likes |  August 8, 2023, 00:22 |
|  | Sticky: **DC31: Unofficial comments on lines to redeem pre-reg codes, or buy badges....**<br>Started by number6, July 13, 2023, 07:39 | 2 responses<br>515 views<br>0 likes |  by dmr<br>July 31, 2023, 16:43 |
|  | Sticky: **Extremely IMPORTANT notes regarding human registration:**<br>Started by Undertaker, July 28, 2023, 17:01 | 0 responses<br>379 views<br>1 like |  by Undertaker<br>July 28, 2023, 17:01 |
|  | **DC31 - Thanks**<br>Started by trill1990, August 25, 2023, 07:02 | 1 response<br>72 views<br>0 likes |  by drinkwater<br>August 25, 2023, 22:49 |
|  | **Thank you DEFCON 31**<br>Started by himple, August 14, 2023, 07:04 | 0 responses<br>85 views<br>0 likes |  by himple<br>August 14, 2023, 07:04 |
|  | **Issue with wifi reg on Android**<br>Started by chazchaz101, August 9, 2023, 12:43 | 5 responses<br>123 views<br>0 likes |  by popcorn<br>August 10, 2023, 11:57 |
|  | **Wifi Reg**<br>Started by Station, August 8, 2023, 06:32 | 2 responses<br>180 views<br>0 likes |  by Tangential<br>August 8, 2023, 10:36 |
|  | **DEF CON 31 badge lanyard style / attachment point**<br>Started by BrownieInMotion, July 25, 2023, 23:54 | 0 responses<br>211 views<br>0 likes |  by BrownieInMotion<br>July 25, 2023, 23:54 |
|  | **DC31 - Badge sharing/transfer**<br>Started by tghosth, July 25, 2023, 00:16 | 4 responses<br>212 views<br>0 likes |  by tghosth<br>July 25, 2023, 11:05 |
|  | **Newbie**<br>Started by Zzzzzz6er, July 11, 2023, 17:25 | 2 responses<br>200 views<br>0 likes |  by Zzzzzz6er<br>July 22, 2023, 06:37 |
|  | **Vendors area missing in forums**<br>Started by Michels, July 15, 2023, 04:04 | 0 responses<br>132 views<br>0 likes |  by Michels<br>July 15, 2023, 04:04 |

 DEF CON 31 Badge SAO Angle
Started by lilibyte, June 2, 2023, 10:16

2 responses
683 views
0 likes

 by dmr
June 28, 2023, 11:24

 Problems with pre-registration
Started by v4jr4w4rr10r, June 11, 2023, 08:59

0 responses
154 views
0 likes

 by v4jr4w4rr10r
June 11, 2023, 08:59

| 1 | 2 | 3 | Next |

Mark This Channel Read

Dark-Blue     English (US)

(r) DEF CON Communications, Inc. All times are GMT-8. This page was generated at 1 minute ago.

HELP  |  CONTACT FORUM ACCOUNT SUPPORT  |  DMCA  |  DEF CON POLICIES  |  GO TO TOP

(r) DEF CON Communications, Inc.
All times are GMT-8. This page was generated at 1 minute ago.