# Exhibit 3

# Def Con Website: Hotel Room Block



Page 22





Start Over    Manage Existing Reservation    Contact Information

# DEF CON 32

August 3, 2024 - August 13, 2024

Caesars Forum
3911 Koval Lane
Las Vegas, NV 89109, US

| Check-in | Checkout | Rooms | Guests per room | |
|---|---|---|---|---|
|  |  | 1 | 1 | Search |

View all hotels

## Welcome!

We are now accepting hotel reservations for our upcoming event. Through this website you can book, modify or cancel your hotel reservations. We look forward to seeing you!

Please note that upon booking your reservation, your credit card will be charged a deposit equal to the first night's room and tax. To avoid forfeiture of deposit, please ensure all changes and cancellations are made at least 72 hours prior to scheduled arrival date.

Should you have any questions regarding hotel reservation policies, please contact the hotel directly. We are pleased that you will be joining us and look forward to seeing you in Las Vegas.

Read Less

Please note that upon booking your reservation, your credit card will be charged a deposit equal to the first night's room and tax. To avoid forfeiture of deposit, please ensure all changes and cancellations are made at least 72 hours prior to scheduled arrival date. You may be charged a nightly resort fee which will be added into your total on the final summary page.  Please be sure to read the hotel policies for more information specific to your event.

Read More



Harrah's Las Vegas: Restaurants

Show details

Flamingo Las Vegas: Restaurants

Show details

The LINQ Resort and Casino: Restaurants

Show details

Flamingo Las Vegas: Pools

Page 24





Start Over

# DEF CON 32
August 3, 2024 - August 13, 2024

Sort by
Name (A/Z)

☐ Show available only

View map

Show more filters

## We found 6 hotels matching your search



**Caesars Palace**
3570 Las Vegas Boulevard South, Las Vegas, NV 89109, UNITED STATES

As famous as Las Vegas itself, Caesars Palace is the best-known casino resort in the world—and with good reason. What began as a grand casino honoring the indulgent luxuries of ancient Rome has somehow evolved into something even more spectacular. From the moment you walk through the doors of Caesars Palace, you'll understand why this iconic Las Vegas hotel sets the standard for opulent details, impeccable service and lavish Las Vegas accommodations.

USD 185.20 - 290.20
Average nightly rate
+Taxes & Fees ⓘ

Select

View policies

### Key Amenities
| | |
|---|---|
| Room service | Restaurant |
| Fitness center/health club | Business center |
| Internet access | Cable TV |
| Concierge | Gift shop |

Show more

**Aug**

| Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 | › |

### Reservation Summary

**Check-in**
Sat, Aug 3, 2024

**Checkout**
Tue, Aug 13, 2024

**Rooms**
1

**Guests per room**
1



Harra... Resta...
Show details



Flam... Resta...
Show details



The L... Casi...
Show details



Flam...
Show details



### Flamingo Las Vegas

3555 Las Vegas Boulevard South, Las Vegas, NV 89109, UNITED STATES

For 70 years, Flamingo Las Vegas has set the trend for Las Vegas style. This is where the Strip began, and though much has changed since then, the Flamingo's vibrancy and allure remain the same. The Flamingo is classic Vegas with a contemporary sophistication that's as welcoming as it is hip. Stay center strip at the forever fabulous Flamingo Las Vegas Hotel and Casino.

**USD 134.00**
Average nightly rate
+Taxes & Fees ⓘ

Select

View policies

#### Key Amenities

| | |
|---|---|
| Room service | Restaurant |
| Fitness center/health club | Business center |
| Internet access | Cable TV |
| Concierge | Gift shop |
| Golf nearby | Hair dryer |

Show more

**Aug**

| Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 | › |


The L... Casi...
Show details


Harra...
Show details


The L... Casi...
Show details


Flam...
Show details



### Harrah's Las Vegas

3475 Las Vegas Boulevard South, Las Vegas, NV 89109, UNITED STATES

Come out and play and stay at Harrah's Las Vegas at the center of the famous Las Vegas Strip. It's not just a Las Vegas Strip hotel, it's right at the heart of the most fabulous city on earth!

**USD 156.20 - 186.20**
Average nightly rate
+Taxes & Fees ⓘ

Select

View policies

#### Key Amenities

| | |
|---|---|
| Room service | Restaurant |
| Fitness center/health club | Business center |
| Internet access | Cable TV |
| Car rental | Gift shop |
| Golf nearby | Hair dryer |
| In-room movies | Iron/ironing boards |

Show more

**Aug**

| Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 | › |



## Paris Las Vegas

3655 Las Vegas Boulevard South, Las Vegas, NV 89109, UNITED STATES

With its 530-foot-tall replica of the Eiffel Tower, its Arc de Triomphe, the sophisticated shopping along Le Boulevard, Paris Las Vegas is more than a magnificent homage to the City of Light; it's one of the most sophisticated destinations you could possibly choose. Give in to your every desire at Paris Las Vegas, whether you crave decadent dining, world class entertainment or thrilling nightlife.

USD 139.80
Average nightly rate
+Taxes & Fees

Select

View policies

### Key Amenities

| | |
|---|---|
| Room service | Restaurant |
| Fitness center/health club | Business center |
| Internet access | Cable TV |
| Concierge | Gift shop |
| Golf nearby | Hair dryer |

Show more

**Aug**

| Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 |



## Planet Hollywood Resort & Casino

3667 Las Vegas Boulevard South, Las Vegas, NV 89109, UNITED STATES

There's something about Planet Hollywood that makes a person feel famous. Everything from the stylish accommodations to the level of personal service is decidedly A-List. With an abundance of distinctive Hollywood-inspired venues, Planet Hollywood can transform any meeting into a hip, red carpet affair. At Planet Hollywood, the celebrity lifestyle is yours for the living and fame lies around every corner.

USD 124.00 - 164.00
Average nightly rate
+Taxes & Fees

Select

View policies

### Key Amenities

| | |
|---|---|
| Room service | Restaurant |
| Fitness center/health club | Business center |
| Internet access | Cable TV |
| Concierge | Convention center |
| Gift shop | Golf nearby |

Show more

**Aug**

| Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 |



### The LINQ Hotel + Experience
3535 Las Vegas Boulevard South, Las Vegas, NV 89109, UNITED STATES

Energetic and eclectic, The LINQ Hotel + Experience is designed to fuel connections. Rooms include cutting-edge technology, modern furnishings with access to the Casino, the LINQ outdoor dining and shopping district and The High Roller observation wheel. The LINQ Hotel + Experience is redefining the iconic Las Vegas skyline.

**USD 131.90**
Average nightly rate
+Taxes & Fees ⓘ

Select

View policies

#### Key Amenities

| | |
|---|---|
| Room service | Restaurant |
| Fitness center/health club | Internet access |
| Cable TV | Concierge |
| Gift shop | Golf nearby |
| In-room movies | Iron/ironing boards |
| Meeting rooms | Public transportation nearby |

Show more

**Aug**

| Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 | › |

All data protected by Passkey International, Inc. No unauthorized use or disclosure is permitted.
Copyright © 1997–2023 Passkey International, Inc. All Rights Reserved.  Privacy Policy.                                                                Ul

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information