# Exhibit 7

# Def Con Website: Social Media Links

https://defcon.org

# DEFCON

**Home** | **Recent News** | **Archives »** | **About »** | **Community »** | **Resources »** | **SUBMIT! »**

## DEF CON 32
**Aug. 8-11, 2024 at Caesars Forum**
+ Flamingo, Harrah's and Linq in Las Vegas!

**START HERE.**
New to DEF CON?
Find out what it's all about!

**GET EDUCATED.**
A treasure trove of hacking knowledge awaits in our past media!

**GET INVOLVED.**
Want to participate?
There are a myriad of ways!

Code of Conduct

### .onion Links
defcon.org
media.defcon.org
defcongroups.org

### Future Dates
**DEF CON 32**
Aug. 8-11, 2024
Book a Room!

**DEF CON 33**
Aug. 7-10, 2025

### Speaker's Corner
DEF CON CFP: Thinking Back and Moving Forward
by Nikita

Bridging the Gap: Dispersing Knowledge through Research

## Black Badge Hall of Fame updated!
Posted 10.10.23

We've overhauled the Black Badge Hall of Fame page! For anyone unfamiliar, the BBHOF is our online record of everyone who's won DEF CON's ultimate prize- a limited edition badge that comes with lifetime free entry and eternal glory. If you're not on the list, maybe it's time to get a plan together.

And while we're talking about contests, you can check the contest results for DC31 here. Congratulations to the winners and respect to everyone who gets in the arena.

## DEF CON 31 Live Performances are Posted!
Posted 9.21.23

Expect your productivity to take another major hit courtesy of DEF CON 31. The music from Thursday and Friday is live on the Media Server! Help yourself to selections from the amazing musicians we hosted. But that's not all - we've got video for those shows, too! Download now and you'll also get

DEF CON 31 was August 10-13, 2023 at Caesars Forum
+ Flamingo, Harrah's and Linq in Las Vegas!

$440 USD Cash at the door

Website | Get Receipt | Theme & Style Guide

### Coming Up
**28 OCT**
Movie Night 10-28 8pm PDT: The Lost Boys
10.28.23
20:00 → 22:00

Access the Con Calendar

### DEF CON Sites
Forums | Groups | Media Server | InfoCon.org

The Goods

Page 63