# Exhibit 8

# Def Social Media: Relevant X Account (formerly Twitter) Marketing

 https://twitter.com/thedarktangent/status/988246866566434816

← **Post**

 **Whitney Merrill** @wbm312 · Apr 22, 2018 ...

WOW. WOW. Because @CryptoVillage sells badges to offset the cost of working for free with absolutely no support from @defcon, we are being charged at minimum $1,000 vendor fee by DEF CON. defcon.org/html/defcon-26... We have to PAY DEFCON to work for free.

💬 17          🔁 57          ♡ 87                    🔖          ⬆

 **Jeff Moss** ...
@thedarktangent

Now that you have everyone stirred up..

If you sell anything at all the State of Nevada demands their sales tax. The State makes DEF CON liable for it, unlike most all other states. That means we need to be sure all "vendors" pay. If not they have a wide range of punishments.

7:43 PM · Apr 22, 2018



https://twitter.com/thedarktangent/status/988247801451573248

← **Post**

**Whitney Merrill** @wbm312 · Apr 22, 2018                        ...
WOW. WOW. Because @CryptoVillage sells badges to offset the cost of
working for free with absolutely no support from @defcon, we are being
charged at minimum $1,000 vendor fee by DEF CON.
defcon.org/html/defcon-26... We have to PAY DEFCON to work for free.

💬 17          ⟲ 57          ♡ 87          ılı          🔖          ⬆️

**Jeff Moss**                                                     ...
@thedarktangent

If we have an on site audit and you are found to be selling and yet you have
not provided DEF CON with tax information (so we never forwarded it to
Nevada) then DEF CON is in trouble.

We are not going to risk the con over that.

7:46 PM · Apr 22, 2018

💬 1          ⟲ 1          ♡ 3          🔖          ⬆️

[ X ]   Post your reply                                    **Reply**

**Whitney Merrill** @wbm312 · Apr 22, 2018                        ...
Not complaining about taxes. You're conflating the issues.

💬          ⟲          ♡ 3          ılı          🔖          ⬆️

https://twitter.com/thedarktangent/status/1081329344302071808



**Post**

**Jeff Moss**
@thedarktangent

Off to Las Vegas for a #defcon pre-con site visit. By adding Planet Hollywood we will have some cool new spaces to explore.

3:19 PM · Jan 4, 2019

💬 11          🔁 14          ❤️ 189

Post your reply                    Reply

**MarcoFigueroa** @MarcoFigueroa · Jan 4, 2019
It's time for a convention center, having the con split into multiple hotels has become impossible to attend.The lines alone r ridiculous & does not scale well! I'm a super fan of #defcon & I'm a lifetime supporter but it has become a con of multiple small conferences! #myOpinion

💬 1          🔁          ❤️ 6

**Jeff Moss** @thedarktangent · Jan 4, 2019
The problem with convention centers is we have to build every room and sound insulation is almost impossible.

Planet Hollywood is super close to Paris, not like last year when you had to cross a major street.

That said we have been looking at all possible options.

💬 4          🔁          ❤️ 13

 https://twitter.com/thedarktangent/status/1082390454786711552

← **Post**

 **Jeff Moss**
@thedarktangent                                            •••

I'm still in Vegas for #Defcon planning and CES is starting. Guys at table next to me are talking to possible business partners and just realizing that possible partners will harvest and resell all their customer email addresses.

1:36 PM · Jan 7, 2019

 https://twitter.com/thedarktangent/status/1556313695789072384

← **Post**

 **Jeff Moss**
@thedarktangent                                                                ...

On the road to Las Vegas for @BlackHatEvents,  @defcon better not be cancelled.

9:17 AM · Aug 7, 2022

 https://twitter.com/defcon/status/1346065595142340608

← **Post**

**Infosec Mentor** @infosec_mentor · Jan 4, 2021

@defcon @defconparties Are we going for a physical conference this year, or I have to drink coffee sitting in my home and attend it virtually? Not a great fan of online conferences. @thedarktangent #defcon #security #vegas

💬 1          ⟲          ♡          ili          🔖          ⬆

**DEF CON**
@defcon



We won't know for a few months until we see how vaccinations are going and what Nevada has to say about it.

4:07 AM · Jan 4, 2021

 https://twitter.com/defcon/status/1559631664778584065

← **Post**

 **DEF CON**
@defcon                                          ...

Vegas resort properties have a strict no firearms policy and they don't mess around. We must follow their rules.

1:02 PM · Aug 16, 2022



https://twitter.com/defcon



← **DEF CON**
21.8K posts

**DEF CON**
@defcon

Hacking Conference defcon.social/@defcon

🗄 Community  📍 Las Vegas, NV  🔗 defcon.org  📅 Joined May 2008

**3,609** Following   **429.8K** Followers

Not followed by anyone you're following

 https://twitter.com/thedarktangent

← **Jeff Moss**
16K posts



  **Follow**

**Jeff Moss**
@thedarktangent

defcon.social/@thedarktangent
Founder Black Hat & DEF CON. CISA Cyber Security Advisory Council, UK Gov
Cyber Advisory Board (He/Him)

◎ Seattle   🔗 forum.defcon.org/blog.php?u=6   🗓 Joined May 2008

**804** Following   **110.8K** Followers

 https://twitter.com/defcon/status/758073440381247488

← **Post**

 **DEF CON**
@defcon                                                        ···

Vegas is kind of part of what makes #defcon DEF CON, don't you think?

 **Chernobyl Megatron** @chernobylmega · Jul 26, 2016
Replying to @defcon
Have you guys ever considered holding the conference somewhere other
than Vegas?duo.com/blog/welcome-t…

3:56 PM · Jul 26, 2016

 https://twitter.com/defcon/status/264255669878796288

← **Post**

 **DEF CON**
@defcon                                                                          ...

@Viskovatoff Deny. #DEFCON will always be in Las Vegas.

11:40 PM · Nov 1, 2012

 https://twitter.com/defcon/status/587471486220402688

← **Post**

 **DEF CON**
@defcon                                                    ···

@graydiplomats #defcon is always in Las Vegas, but we hope you'll be able to join us someday. Check our YouTube channel, maybe?

9:24 PM · Apr 12, 2015



← **Post**

**DEF CON**
@defcon
···

The #Defcon30 Theme is... Hacker Homecoming!

It's been a crazy couple of years, but we're looking forward to reuniting in Vegas with more of our hacker family next summer. We hope you're excited about it, too.  Full theme announcement is here:

forum.defcon.org/node/240151

11:52 AM · Nov 12, 2021



🐦 https://twitter.com/defcon/status/1127065472375988226

← **Post**

**DEF CON**
@defcon

Looking for a hotel near the #DEFCON China venue? Here is a map of all nearby hotels and prices in $ The three gold stars are where DEF CON will happen.

9:18 PM · May 10, 2019

💬 3    ↻ 9    ♡ 27    🔖 1    ↑

[X] Post your reply                          Reply

**Darkerhack** @Dark3rH4cK · May 10, 2019
Where DefCon will happen?? in LV only or any other place also??
💬 1    ↻    ♡    ॥    🔖    ↑

**DEF CON** @defcon · May 11, 2019
defcon.org
We have a con in Beijing at the end of the month before big Las Vegas in August.
💬 1    ↻    ♡    ॥    🔖    ↑

**Darkerhack** @Dark3rH4cK · May 11, 2019
Okk Got it. Means Beijing defc0n is perfectly like original LV defcon?? Thanks
💬 1    ↻    ♡    ॥    🔖    ↑

**DEF CON** @defcon · May 11, 2019
Ha, nothing is like Las Vegas DEF CON. We have to adapt, obviously, with the environment but the hunger for knowledge and community is strong in China
💬 1    ↻    ♡ 1    ॥    🔖    ↑

**Darkerhack** @Dark3rH4cK · May 11, 2019
Okk Thanks for Sharing 🙏👍👍
💬    ↻    ♡    ॥    🔖    ↑

 https://twitter.com/defcon/status/1558155711414095872

← **Post**

 **DEF CON**
@defcon                                                              ...

Make sure to stay hydrated, friends. Vegas is basically Arrakis and it steals
away your moisture when you're not looking.

11:17 AM · Aug 12, 2022

 https://twitter.com/defcon/status/497066085641117696

← **Post**

 **DEF CON**
@defcon                                                          •••

Confidential to hackers in the Las Vegas area: It's on.

10:06 AM · Aug 6, 2014

Home
Explore
Notifications
Messages
Lists
Bookmarks
Communities
Premium
Profile
More
Post

← **Post**

**DEF CON** @defcon · Jan 13
Chris Hadnagy vs. DEF CON lawsuit DISMISSED

Update:
- Judge Beetlestone in PA dismissed the suit w/o pre-trial discovery, ruling that it lacked personal jurisdiction.
- Case dismissed without prejudice, so Mr. Hadnagy is free to refile and attempt to litigate in another venue.

4 · 63 · 233 · 69K

**DEF CON** @defcon · Jan 13
Additional context:
- During our investigation we spoke directly with Mr. Hadnagy about claims of his violations of our Code of Conduct. He confirmed his behavior, and agreed to stop. Unfortunately, the behavior did not stop.

1 · 9 · 55 · 11K

**DEF CON**
@defcon

- Before DEF CON finalized our response, Mr. Hadnagy informed us that his Social Engineering Village would not be returning to DEF CON.

9:13 AM · Jan 13, 2023 · **8,377** Views

1 · 4 · 49

Post your reply Reply

**DEF CON** @defcon · Jan 13
- Our investigation also revealed that DEF CON is not the only security conference to receive complaints about Mr. Hadnagy's behavior. For example, Black Hat received complaints, conducted their own investigation and removed Mr. Hadnagy from their Review Board.

1 · 12 · 68 · 12K

**DEF CON** @defcon · Jan 13
We thank the DEF CON community for supporting our efforts to uphold our Code of Conduct.

All the court documents are available here:
lnkd.in/gsugqMyV

And as always, our code of conduct and transparency rep
defcon.org/html/links/dc-...
defcon.org/html/links/dc

Search

**Relevant people**

**DEF CON**
@defcon
Hacking Conference
defcon.social/@defcon

**What's happening**

NFL · LIVE
**Chiefs at Broncos**

Sports · Trending
**Russell Wilson**
1,289 posts

Politics · Trending
**WWIII**
10.2K posts

Sports · Trending
**Patrick Mahomes**
Trending with Irv Smith, Bengals

Sports · Trending
**Romo**
7,518 posts

Show more

Terms of Service Privacy Policy Cool
Accessibility Ads info More ··· © 2

**Messages**



(1) DEF CON on X: "...Before DEF CON finalized our response, Mr. Hadn... Social Engineering Village would not be returning to DEF CON. / X"

Case 2:23-cv-01345-CDS-BNW    Document 17-9    Filed 10/30/23    Page 19 of 19

10/29/23, 3:07 PM

defcon.org/html/links/dc-...

