# Exhibit 11

# Defendants' Principle Place of Business

# Corporations and Charities Filing System

## BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | **DEF CON COMMUNICATIONS, INC.** |
| UBI Number: | **601 960 672** |
| Business Type: | **WA PROFIT CORPORATION** |
| Business Status: | **ACTIVE** |
| Principal Office Street Address: | **51 W DAYTON ST STE 305, EDMONDS, WA, 98020-4111, UNITED STATES** |
| Principal Office Mailing Address: | **51 W DAYTON ST STE 305, EDMONDS, WA, 98020-4111, UNITED STATES** |
| Expiration Date: | **06/30/2024** |
| Jurisdiction: | **UNITED STATES, WASHINGTON** |
| Formation/ Registration Date: | **06/11/1999** |
| Period of Duration: | **PERPETUAL** |
| Inactive Date: | |
| Nature of Business: | **ANY LAWFUL PURPOSE, COMPUTER SECURITY - COMPUTER SECURITY CONFERENCE** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **JEFFREY C MCNAMARA** |
| Street Address: | **51 WEST DAYTON ST STE 305, EDMONDS, WA, 98020-0000, UNITED STATES** |
| Mailing Address: | **51 WEST DAYTON ST STE 305, EDMONDS, WA, 98020-0000, UNITED STATES** |

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | JEFF | MOSS |

Back    Filing History    Name History    Print    Return to Business Search



[(http://jeffmcnamaralaw.com/)](http://jeffmcnamaralaw.com/)

WELCOME (HTTP://JEFFMCNAMARALAW.COM/)

ABOUT (HTTP://JEFFMCNAMARALAW.COM/ABOUT/)

PRACTICES (HTTP://JEFFMCNAMARALAW.COM/SERVICES/)

CONTACT (HTTP://JEFFMCNAMARALAW.COM/CONTACT/)

## CONTACT MCNAMARA LAW

Phone: 206-351-7596
email: Jeff@jcmclaw.com (mailto:Jeff@jcmclaw.com)

Please contact us to schedule an **Appointment** regarding your legal issues or to schedule a **Mediation**.

Name: *

Email Address: *

Phone number:

Subject: *

Message: *

Attachment:

Choose File  no file selected

Submit

51 West Dayton Street, Suite 305, Edmonds, WA 98020, Phone 206-351-7596



(https://i0.wp.com/jeffmcnamaralaw.com/wp-content/uploads/2014/09/Office_blg.jpg)

## Leave a Reply

You must be logged in (http://jeffmcnamaralaw.com/wp-login.php?redirect_to=http%3A%2F%2Fjeffmcnamaralaw.com% to post a comment.

© Jeff McNamara Law