# Exhibit 12

# Def Con Website: Contact Section

Home
Recent News
Archives »
About »
Community »
Resources »
SUBMIT! »

# Who do I talk to about...?

## Running a Contest or Event:

Answer the Call For Contests and Events, Call for Villages, Or Call for Parties (Coming Soon), depending on which type of event you'd like to do!

## Being a Vendor:

Check out the Vendor Application (Coming Soon)!

## Registering as Press:

Check out our Press Registration Page (Coming Soon)!

## Being a Speaker:

Answer the Call for Papers!

## Being a DJ and/or Band:

Answer the Call for Music (Coming Soon)

## Getting in touch with Dark Tangent:

DT's contact info and public key can be found on the Dark Tangent Page.

## Website and Program Submissions:

Submit updates for the website or material for the printed program to Neil at **neil at defcon dot org**. Anything to be published in the printed program is due June 8.

## DEF CON Sites

Forums
Groups
Media Server
InfoCon.org

## The Goods

SHOP DEFCON.ORG
Official Swag

Source of Knowledge
Conference Recordings

## Past Media

Torrents Page
DEF CON Media Server
InfoCon.org

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information



