# Exhibit 13

# Online Resources for Witnesses' Locations

`https://sessionize.com/maxie-reynolds/`



Log in     Create Your Profile

**SPEAKER**



# Maxie Reynolds

Co-founder and CEO of Subsea Cloud

Los Angeles, California, United States

Maxie Reynolds started her career in oil and gas as an underwater robotics pilot and subsea engineer working in Norway, Venezuela, Australia, Italy, Russia, Nigeria and the US. She then transitioned into cyber security at PwC in Australia, working in ethical hacking and social engineering. She also published a best selling book in 2021 titled 'The Art of Attack: Attacker Mindset for Security Professionals.' In late 2021, she moved back to the field of subsea engineering and created Subsea Cloud – a data center infrastructure company that places data centers underwater.

Maxie was born in Scotland and has a degree in Computer Science, is educated in Underwater Robotics from Cranfield University and in Quantum Computing from MIT. Currently, Maxie's aim through her startup is to reduce latency, costs and $CO_2$ emissions for hyperscale spenders and small businesses alike whilst becoming the most innovative, agile infrastructure company around.

@subseacloud
LinkedIn
Company

**AREA OF EXPERTISE**

⭐ Environment and Cleantech     ⭐ Business & Management
⭐ Manufacturing & Industrial Materials     ⭐ Information & Communications Technology

**TOPICS**

Data centers     Engineering     subsea engineering     marine engineering     Business Agility





# Melanie Ensign (She/Her) · 3rd

Communications Strategist & Corporate Anthropologist for Cybersecurity, Privacy, and Risk Organizations

Talks about #infosec, #privacy, #corporateanthropology, #securitycommunications, and #strategiccommunications

Miami, Florida, United States · **Contact info**

 Discernible

DiscernibleInc.com

**2,683 followers** · **500+ connections**

+ Follow | 👤+ Connect | More

