# EXHIBIT A

Supplemental Declaration of Jeff Moss in Support of Motion to Transfer

# EXHIBIT A

Robert J. Cassity
Nevada Bar No. 9779
Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
ecmedley@hollandhart.com

Matthew J. Mertens
(admitted *Pro Hac Vice*)
**PERKINS COIE LLP**
1120 N.W. Couch Street 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2199
Fax 503.346.2199
mmertens@perkinscoie.com

David A. Perez
(admitted *Pro Hac Vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.6767
Fax: 206.359.7767
dperez@perkinscoie.com

*Attorneys for Defendants*
*Jeff Moss and DEF CON Communications, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01345-CDS-BNW<br><br>**SUPPLEMENTAL DECLARATION OF JEFF MOSS IN SUPPORT OF MOTION TO TRANSFER** |

1

1.   My name is Jeff Moss. I am the founder and president of Defendant Def Con Communications, Inc. ("Def Con") (collectively, "Defendants"). I am over 18 years old and attest that the following declaration is true to the best of my knowledge.

2.   I submit this supplemental declaration in connection with Defendants' Reply in support of its motion to transfer this action to the Western District of Washington.

**Moss's Contacts with Nevada**

3.   I do not own, lease, or otherwise hold rights in any property located in Nevada.

4.   A few times per year, I travel to Nevada for personal and/or business reasons to attend conferences. In my capacity as founder of Def Con, I usually make a trip to Las Vegas for one weekend a few months prior to the Event to meet with hotel staff to coordinate logistics for the Event Apart from these infrequent, short trips to Nevada, I do not maintain any personal contact with the forum of Nevada.

**Def Con's Event Operations**

5.   Def Con has a total of nine employees. None of those employees are located in Nevada and the majority are located in Washington.

6.   Each year, Def Con hosts an annual four-day conference in Las Vegas, Nevada (the "Event").

7.   In recent years, the Event has attracted around 20,000 to 30,000 attendees.

8.   In order to host a conference of that size, attendees and members of the information-security community will volunteer to help run the conference. The volunteers at the Event are called "Goons."

9.   The Goons help with anything from safety to information booths to helping set up equipment for the presentations (also called "Villages) to coordinating vendor rooms.

10. The Goons are not employees of Def Con and receive no payment for their volunteering at the Event.

11. The Goons are made up of information-security community members, many of whom do not reside in Nevada and travel to the state for the purpose of attending and volunteering at the Event.

### Def Con's Operations and Finances

12. I started Def Con as a way to gather members of the information-security community at a convention to showcase presentations on trending topics in the industry, network, and socialize.

13. Today, Def Con is an organization that (1) hosts conferences for the information-security community to gather and share trending topics, and (2) operates a website, available at www.defcon.org (the "Website"), that provides information and resources about information security and the annual Event.

14. Def Con's only source of monetary funds is the annual Event, by charging admission fees for attendees.

15. The Event comes with significant operating expenses, given the scale of the conference and the event venue at a hotel in Las Vegas.

16. After deducting all operating expenses for Def Con, Def Con makes very little in terms of profits.

### Def Con's Website

17. Def Con's website provides a platform for members of the information-security community to interact and discuss topics of mutual interest via forums.

18. Def Con does not manage these forums. They are started and run by third parties who visit Def Con's website.

19. Anyone can post on these forums. It is not limited to individuals located in Nevada or attendees of the Event. They are open to the public at large.

**Def Con's Legal Representation**

20. Jeff McNamara is Def Con's corporate counsel. He is licensed to practice in Washington and has his place of business is in Washington.

21. Mr. McNamara was served with this lawsuit on the first day of the 2023 Event in Las Vegas.

22. Perkins Coie LLP is Def Con's litigation counsel. The same attorneys from Perkins Coie represented Def Con in the dismissed Pennsylvania action initiated by Mr. Hadnagy, and now this Nevada action. In both actions, Defendants were required to obtain local counsel to defend suit.

23. It would be significantly less expensive for me and for Def Con to defend this case in the Western District of Washington because Defendants would no longer need to pay attorneys' fees for local counsel.

I declare under the penalty of perjury under the laws of the United States and the State of Nevada that the foregoing is true and correct.

Executed on this 6th day of November 2023.

*/s/ Jeff Moss*
Jeff Moss

30843732_v1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

4

005