1  Robert J. Cassity
   Nevada Bar No. 9779
2  Erica C. Medley
   Nevada Bar No. 13959
3  **HOLLAND & HART LLP**
   9555 Hillwood Drive, 2nd Floor
4  Las Vegas, NV 89134
   Phone: 702.669.4600
5  Fax: 702.669.4650
   bcassity@hollandhart.com
6  ecmedley@hollandhart.com

7  David A. Perez (*pro hac vice*)
   **PERKINS COIE LLP**
8  1201 Third Avenue, Suite 4900
   Seattle, WA  98101-3099
9  Phone: 206.359.6767
   Fax: 206.359.7767
10 dperez@perkinscoie.com

11 Matthew J. Mertens (*pro hac vice*)
   **PERKINS COIE LLP**
12 1120 N.W. Couch Street 10th Floor
   Portland, OR 97209-4128
13 Phone: 503.727.2199
   Fax 503.346.2199
14 mmertens@perkinscoie.com

15 *Attorneys for Defendants*
   *Jeff Moss and DEF CON Communications, Inc.*
16
                        **UNITED STATES DISTRICT COURT**
17
                             **DISTRICT OF NEVADA**
18

19 CHRISTOPHER J. HADNAGY, an individual;    Case No.: 2:23-cv-01345
   and SOCIAL-ENGINEER, LLC, a
20 Pennsylvania limited liability company,

21                 Plaintiffs,                **STIPULATION FOR STAY OF
                                              DISCOVERY PENDING
22 v.                                         RESOLUTION OF DEFENDANTS'
                                              MOTION TO DISMISS (ECF NO. 13)
23 JEFF MOSS, an individual; DEF CON          AND MOTION TO TRANSFER (ECF
   COMMUNICATIONS, INC., a Washington         NO. 15)**
24 corporation; and DOES 1-10; and ROE
   ENTITIES 1-10, inclusive,
25                                            **(First Request)**
                   Defendants.
26
         Plaintiffs Christopher Hadnagy and Social-Engineer LLC ("Plaintiffs") by and through
27
   their counsel of record, Riklis Law, PLLC and Defendants Jeff Moss and Def Con
28

                                            1

Communications ("Defendants") by and through their counsel of record, Holland & Hart LLP and Perkins Coie LLP, hereby stipulate as follows:

1.      Plaintiffs filed their Complaint in the Eighth Judicial District Court in and for Clark County, Nevada, Case No. A-23-875618-C on August 9, 2023. *See* ECF No. 1.

2.      Defendants accepted service of the Complaint in Las Vegas, Nevada on August 10, 2023.

3.      Defendants filed their Notice of Removal on Tuesday, August 29, 2023. ECF No. 1.

4.      Pursuant to an Order Granting Stipulation for Extension of Time to Respond to Complaint (ECF No. 9), Plaintiffs agreed to provide Defendants with an extension of time to respond to the Complaint in order to accommodate the travel schedules of Defendants' case team. Accordingly, Defendants filed a Motion to Dismiss on October 2, 2023. *See* ECF No. 13.

5.      Defendants' Motion to Dismiss seeks dismissal of Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction and pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted as to all claims asserted in the Complaint.  *See generally* ECF No. 13.

6.      Defendants filed a Motion to Transfer Venue to the Federal District Court of Western Washington on October 16, 2023. *See generally* ECF No. 15.

7.      Prior to and at a preliminary conference between the parties pursuant to Fed. R. Civ. P. 26(f), Defendants requested a stipulation to stay discovery and expressed their intent to file a motion to stay discovery pending the resolution of the foregoing Motion to Dismiss and Motion to Transfer Venue, ECF Nos. 13 and 15 (Defendants' "Motions"). Plaintiffs originally declined to stipulate to a temporary stay of discovery due to Plaintiffs' desire to avoid further delay in proceeding into discovery. After deliberations between the parties, Plaintiffs agreed to the instant stipulation for a temporary stay of discovery and compliance with Local Rule 26-1 and Fed. R. Civ. P. 26(f) in order to avoid additional motion practice before the Court. Specifically, the Parties agree to temporarily stay discovery in this matter until the Court adjudicates Defendants' Motions.

8.      The parties also held preliminary discussions regarding topics mandated for discussion under Fed. R. Civ. Pr. Rule 26(f) including the scope and scale of discovery in this case. The parties have conducted initial investigations in this matter as well as in the previously filed iteration in the Federal District Court of Pennsylvania; in light of the same, no parties foresee the need to go beyond the maximum number of Interrogatories and depositions prescribed by the Federal Rules of Civil Procedure. The parties have discussed and agreed that all fact and expert discovery (including written discovery and depositions) can be completed within one hundred and eighty (180) days from receipt of an Order ruling on Defendants' Motions.

9.      Additionally, the parties have agreed to serve their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before November 21, 2023.

10.      In addition, during the pendency of the stay of discovery, the parties have agreed to negotiate terms of a stipulated protective order and a protocol governing discovery of electronically stored information.

11.      The parties further agree to submit a proposed discovery plan and scheduling order in compliance with Local Rule 26-1(b) within 14 days after receipt of an Order denying Defendants' pending Motions.[1]

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Defendants reserve their rights to seek further relief in the event the Court does not deny Defendants' Motion to Dismiss in its entirety.

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

12. Accordingly, the parties have agreed to stipulate to temporarily stay discovery in this matter pending the Court's adjudication of Defendants' Motions, and to allow the parties to submit their Proposed Discovery Plan and Scheduling Order pursuant to LR 26-1 within 14 days after the Court's adjudication of Defendants' pending Motions.

DATED this 17th day of November 2023.

**HOLLAND & HART LLP**

*/s/ Robert J. Cassity*
Robert J. Cassity
Erica C. Medley
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

David A. Perez (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099

Matthew J. Mertens (*pro hac vice*)
**PERKINS COIE LLP**
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128

*Attorneys for Defendants*
*Jeff Moss and DEF CON Communications, Inc.*

DATED this 17th day of November 2023.

**RIKLIS LAW, PLLC**

*/s/ Kristofer Z. Riklis*
Kristofer Z. Riklis, Esq.
Nevada Bar No. 14754
871 Coronado Center Dr., Suite 200
Henderson, NV 89052

*Attorneys for Plaintiffs*
*Christopher J. Hadnagy and Social-Engineer, LLC*

## ORDER

IT IS SO ORDERED.

_____
U.S. DISTRICT/MAGISTRATE JUDGE

Dated: _____

30836662_v1

4