| | |
|---|---|
| **From:** | ECF@wawd.uscourts.gov |
| **To:** | InterDistrictTransfer_NVD |
| **Subject:** | Transferred case has been opened |
| **Date:** | Friday, December 15, 2023 12:38:40 PM |

CASE: 2:23-cv-01345

DETAILS: Case transferred from Nevada
has been opened in United States District Court for the Western District of Washington
as case 2:23-cv-01932, filed 12/13/2023.